Laverne GILLESPIE, Respondent,

v.

Izetta M. SMART, Appellant.

No. 63341.

Missouri Court of Appeals,
Eastern District,
Division Three.

Nov. 23, 1993.

W. Scott Pollard, Florissant, for appellant.

R. Michael Fischer, Clayton, for respondent.

Before SIMON, P.J., and PUDLOWSKI and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

We have reviewed the briefs and arguments of the parties, as well as the transcript and the legal file, and find no clear error in the findings of fact and conclusions of law of the trial court. In addition, we find that no jurisprudential purpose would be served by a written opinion. We, therefore, affirm the judgment of the trial court pursuant to Rule 84.16(b). The parties have been provided with a memorandum, solely for their own information, setting forth the reasons for our decision.

UNITED SERVICES AUTOMOBILE ASSOCIATION, Respondent,

v.

Holladay NEIDRINGHAUS, Appellant.

No. 63535.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 23, 1993.

Robert E. Ahrens, St. Louis, for appellant.

Bryan M. Groh, David T. Butsch, St. Louis, for respondent.

Before CRANDALL, P.J., and REINHARD and CRIST, JJ.

*ORDER*

PER CURIAM.

Neidringhaus appeals the trial court's order granting declaratory relief to USAA and denying his counterclaim for breach of contract and vexatious refusal to pay a claim. We affirm.

We find the trial court's decision is supported by substantial evidence and is not against the weight of the evidence. Rule 84.16(b)(1). Further, we find no error of law appears. Rule 84.16(b)(5).

An opinion in this case would serve no precedential value; therefore we affirm by written order. A memorandum has been issued to the parties for their use only.